1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065

7 | Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

8

9 | Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 10-CR-00822-DLJ |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [] |
| v. | ) ORDER CONTINUING HEARING DATE |
| ALEJANDRO GONZALES, | ) |
| Defendant. | ) |

The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for March 28, 2013, be continued to May 2, 2013.

No other defendants are affected by this request.

////

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ

1   SO STIPULATED:

3   Dated: February 1, 2013                /S/
                                           Thomas A. Colthurst
4                                          Assistant United States Attorney

6
7   Dated: February 1, 2013                /S/
                                           Curtis V. Rodriguez, Esq.
                                           Attorney for Defendant
8

9       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

10  hearing for *United States v. Alejandro Gonzales*, scheduled for March 28, 2013, is continued to

11  May 2, 2013, at 10:00 a.m.

14  DATED: _____                     [signature]
                                           THE HONORABLE D. LOWELL JENSEN
15                                         United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ                   -2-