1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. 10-CR-00822-DLJ
                                       )
15         Plaintiff,                  )
                                       )   STIPULATION AND []
16     v.                              )   ORDER CONTINUING HEARING DATE
                                       )
17  ALEJANDRO GONZALES,                )
                                       )
18         Defendant.                  )
                                       )
19

20

21     The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq.,

22  and the government, represented by Thomas A. Colthurst, Assistant United States Attorney,

23  respectfully request that the sentencing hearing currently scheduled for May 2, 2013, be

24  continued to June 6, 2013.

25     No other defendants are affected by this request.

26  ////

27  ////

28  ////

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ

1  SO STIPULATED:

2

3  Dated: April 29, 2013                    /S/
                                    Thomas A. Colthurst
4                                   Assistant United States Attorney

5

6
    Dated: April 29, 2013                    /S/
7                                   Curtis V. Rodriguez, Esq.
                                    Attorney for Defendant
8

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

10 hearing for *United States v. Alejandro Gonzales*, scheduled for May 2, 2013, is continued to June

11 6, 2013, at 10:00 a.m.

12

13

14 DATED: ~~DHCDH~~                          _____
                                    THE HONORABLE D. LOWELL JENSEN
15                                  United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ                    -2-