| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| 2 | United States Attorney |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493) |
| 5 | Assistant United States Attorney |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408)-535-5065<br>Fax: (408)-535-5066 |
| 8 | E-Mail: tom.colthurst@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-CR-00822-DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | |
| ALEJANDRO GONZALES, | ) | |
| Defendant. | ) | |

The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for June 6, 2013, be continued to July 18, 2013.

No other defendants are affected by this request.

////

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ

1  SO STIPULATED:

2

3  Dated: May 30, 2013                    /S/
                                          Thomas A. Colthurst
4                                         Assistant United States Attorney

5

6
   Dated: May 30, 2013                    /S/
7                                         Curtis V. Rodriguez, Esq.
                                          Attorney for Defendant
8

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

10 hearing for *United States v. Alejandro Gonzales*, scheduled for June 6, 2013, is continued to July

11 18, 2013, at 10:00 a.m.

12

13

14 DATED: ___Î Ð ÐH___

                                          THE HONORABLE D. LOWELL JENSEN
15                                        United States District Judge