1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5065
7      Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,      ) No. 10-CR-00822-DLJ
                                    )
15 |      Plaintiff,                )
                                    ) STIPULATION AND []
16 |      v.                        ) ORDER CONTINUING HEARING DATE
                                    )
17 | ALEJANDRO GONZALES,            )
                                    )
18 |      Defendant.                )
                                    )
19

20

21      The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq.,

22 and the government, represented by Thomas A. Colthurst, Assistant United States Attorney,

23 respectfully request that the sentencing hearing currently scheduled for July 18, 2013, be

24 continued to September 19, 2013.

25      No other defendants are affected by this request. The probation officer joins in the

26 request for the new date.

27 ////

28 ////

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ

1  SO STIPULATED:

3  Dated: July 1, 2013                    /S/
4                                          Thomas A. Colthurst
                                           Assistant United States Attorney

6  Dated: July 1, 2013                    /S/
7                                          Curtis V. Rodriguez, Esq.
                                           Attorney for Defendant

9    Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
10 hearing for *United States v. Alejandro Gonzales*, scheduled for July 18, 2013, is continued to
11 September 19, 2013, at 10:00 a.m.

14 DATED: _____            _____
                                   THE HONORABLE D. LOWELL JENSEN
15                                 United States District Judge