1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
3   J. DOUGLAS WILSON (DCBN 412811)
    Chief, Criminal Division
4   THOMAS A. COLTHURST (CABN 99493)        ~~E-FILING~~
    Assistant United States Attorney
5
6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408)-535-5065
        Fax: (408)-535-5066
8       E-Mail: tom.colthurst@usdoj.gov

9   Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,        )    No. 10-CR-00822-DLJ
                                       )
15          Plaintiff,                 )
                                       )    STIPULATION AND []
16   v.                                )    ORDER CONTINUING HEARING DATE
                                       )
17   ALEJANDRO GONZALES,               )
                                       )
18          Defendant.                 )
                                       )
19   _____)

20

21          The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq.,

22   and the government, represented by Thomas A. Colthurst, Assistant United States Attorney,

23   respectfully request that the sentencing hearing currently scheduled for September 19, 2013, be

24   continued to November 21, 2013.

25          No other defendants are affected by this request.

26   ////

27   ////

28   ////

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ

1    SO STIPULATED:

2

3    Dated:  September 11, 2013                _____/S/_____

4                                                            Thomas A. Colthurst
                                                             Assistant United States Attorney
5

6

7    Dated:  September 11, 2013                _____/S/_____
                                                             Curtis V. Rodriguez, Esq.
8                                                            Attorney for Defendant

9        Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

10   hearing for *United States v. Alejandro Gonzales*, scheduled for September 19, 2013, is continued

11   to November 21, 2013, at 10:00 a.m.

12

13

14   DATED: _____                    _____

15                                                            THE HONORABLE D. LOWELL JENSEN
                                                             United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER
Case No. 10-CR-00822-DLJ                     -2-