MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5065
    FAX: (408) 535-5066
    tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-CR-00822-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| v. | |
| ALEJANDRO GONZALES, | |
| Defendant. | |

    The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for November 21, 2013, be continued to December 12, 2013.

    No other defendants are affected by this request. This request is being made to accommodate the Probation Officer.

////

////

STIPULATION AND [] ORDER
10-CR-00822-DLJ

1  SO STIPULATED:

3  Dated:  November 4, 2013                /S/
                                           Thomas A. Colthurst
4                                          Assistant United States Attorney

6  Dated:  November 4, 2013                /S/
                                           Curtis V. Rodriguez, Esq.
7                                          Attorney for Defendant

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Alejandro Gonzales*, scheduled for November 21, 2013, is continued to December 12, 2013, at 10:00 a.m.

13  DATED: FFđFJđFH

                                           _____
14                                         THE HONORABLE D. LOWELL JENSEN
                                           United States District Judge

STIPULATION AND [] ORDER
10-CR-00822-DLJ