| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
|   | United States Attorney |
| 2 | |
|   | J. DOUGLAS WILSON (DCBN 412811) |
| 3 | Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493) |
|   | Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5065
FAX: (408) 535-5066
tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 10-CR-00822-DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] ORDER |
| | ) | CONTINUING HEARING DATE |
| v. | ) | |
| | ) | |
| ALEJANDRO GONZALES, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant ALEJANDRO GONZALES, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for January 16, 2014, be continued to February 20, 2014.

No other defendants are affected by this request. In an email sent on January 2, 2014, the Probation Officer advised the parties that the presentence report will be revised and the new report would reflect a different criminal history score and offense level. The parties have not seen the new report but will need additional time to respond to it.

////

STIPULATION AND [] ORDER
10-CR-00822-DLJ

SO STIPULATED:

Dated: January 8, 2014        /S/
                             Thomas A. Colthurst
                             Assistant United States Attorney

Dated: January 8, 2014        /S/
                             Curtis V. Rodriguez, Esq.
                             Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Alejandro Gonzales*, scheduled for January 16, 2014, is continued to February 20, 2014, at 10:00 a.m.

DATED: 1/15/14

THE HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER
10-CR-00822-DLJ